IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**LEANE SCHERER,** *individually and on behalf of all others similarly situated*        **PLAINTIFF**

**v.**        **Civil No. 1:22cv258-HSO-BWR**

**MGM RESORTS INTERNATIONAL**        **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Order entered this date granting Defendant MGM Resorts International's Motion [16] to Dismiss,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 4th day of April, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE